HERRICK, FEINSTEIN LLP
*Attorneys for Hacienda Group*
Andrew C. Gold
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
agold@herrick.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                          Chapter 7

ROBERT CAMERON HOWARD and          Case No. 09-22557 (RDD)
JENNIFER WILLIAMS HOWARD

        Debtors.
---------------------------------------------------------x

## RESPONSE OF HACIENDA GROUP TO MOTION FOR AN ORDER AUTHORIZING THE EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Hacienda Storage LLC ("Hacienda Storage"), Hacienda D&D, LLC ("Hacienda D&D"), Clarke Avenue Properties, LLC ("Clarke"), Woodward Avenue Properties, LLC ("Woodward"), Old Gate Realty 2, LLC ("Old Gate"), 550 Halstead Corp. ("550 Halstead"), Halstead Lumber Co., Inc. ("Halstead Lumber") (collectively the "Hacienda Group" or the "Companies"), by their counsel Herrick, Feinstein LLP, hereby file their response (the "Response") to the motion (the "2004 Motion") filed by Mark S. Tulis, Esq. (the "Trustee"), the chapter 7 trustee of Robert Cameron Howard and Jennifer Williams Howard (collectively, the "Debtors"), seeking the entry of an order authorizing the Trustee to issue subpoenas directing the examinations of the Hacienda Group and their majority members, and the production of documents. In support of their Response, the Hacienda Group respectfully represent as follows:

**BACKGROUND**

1. Debtor Robert Howard owns minority interests in the Companies, along with Robert Frahm and Kurt Wittek, the Companies' majority members who manage the Companies' day to day operations.

2. During the course of the Debtors' chapter 7 case, the Trustee has sought from Frahm and Wittek information and documents relating to the value of the Debtors' interests in the Companies. Frahm and Wittek have cooperated with the Trustee at all times and have produced to the Trustee voluminous documents in response to the Trustee's informal document requests. Mr. Wittek has met with the Trustee on several occasions. Frahm and Wittek offered to meet with the Trustee's counsel to discuss this matter, but have been rebuffed despite having delivered boxes of the underlying financial documents of the Companies.

3. Despite Frahm and Wittek's compliance with the Trustee's requests, on November 18, 2010, counsel for the Trustee sent Mr. Frahm a letter that enumerated the purported deficiencies in Frahm and Wittek's responses to the document requests, and asserted that the requested documents were to be produced or this 2004 Motion would be filed.

4. The documents the Trustee requested in the November 18th letter have either (i) already been produced, (ii) are not in the possession, control or custody of the Companies or Mssrs. Frahm and Wittek, or (iii) do not exist. Accordingly, Frahm and Wittek have wholly complied with the Trustee's requests to the extent that there are responsive documents that can be produced. Annexed hereto as Exhibit "A" is a chart of the status of the Trustee's document requests.

5. Notwithstanding the responses received by the Trustee to the November 18th letter, and the voluminous documents and electronic files already produced by Frahm and Wittek, the Trustee filed the 2004 Motion, seeking authorization to serve subpoenas on the Companies and on Frahm and Wittek for the production of documents and examinations under oath, in connection with the Trustee's investigation of the value of the Debtors' membership interests in the Companies.

## RESPONSE

6. The Hacienda Group, Mr. Frahm and Mr. Wittek file this response to correct the Trustee's assertion that Frahm and Wittek have refused to produce documents or have otherwise not cooperated with the Trustee. The Trustee's suggestion that the "limited documents" produced by the Companies are a "fraction" of the Trustee's requests is without basis. Mr. Frahm and Mr. Wittek have turned over to the Trustee boxes of documents, including for example, tax returns, formation documents, leases, records of disbursements, and, importantly, the Quickbooks files for the Companies. The Quickbooks files represent the Companies' robust internal accounting and contain all of the financial and accounting information for the Companies. The Quickbooks files contain all back up information relied upon for almost every aspect of the Companies' financial reporting, including the filing of tax returns.

7. Mr. Frahm and Mr. Wittek have cooperated with the Trustee throughout his investigation to avoid the unnecessary costs of litigating discovery disputes. They have been willing to communicate with the Trustee regarding any specific requests he may have or to address any concerns with respect to the valuation of the Companies. Indeed, the Companies'

3

accountant and the Trustee's accountant have been in communications and Frahm and Wittek had hoped that the accountants could work directly with each other to resolve any accounting questions of the Trustee.  Mr. Frahm and Mr. Wittek have made themselves available and have offered to answer any questions the Trustee may have in order to facilitate this process in the most cost-effective manner possible.

8. Moreover, as minority member of the Companies, Debtor Robert Howard should have many of the documents requested by the Trustee, to the extent that those documents exist.

9. Notwithstanding the Trustee's untenable position that every single document, whether they exist or not, must be turned over before the Trustee can communicate any specific concerns regarding the Companies, Mr. Frahm and Mr. Wittek remain committed to cooperating with the Trustee and complying with his requests where possible.

Dated: New York, New York
       December 17, 2010

                                      HERRICK, FEINSTEIN LLP
                                      *Attorneys for Hacienda Group*

                                      By:  */s/ Andrew C. Gold*
                                            Andrew C. Gold
                                            2 Park Avenue
                                      New York, New York 10016
                                      (212) 592-1400
                                      (212) 592-1500 (fax)
                                      agold@herrick.com